XAVIER BECERRA
Attorney General of California
JAY C. RUSSELL
Supervising Deputy Attorney General
CHAD A. STEGEMAN, State Bar No. 225745
MARTINE N. D'AGOSTINO, State Bar No. 256777
Deputy Attorneys General
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA 94102-7004
  Telephone: (415) 703-5233
  Facsimile: (415) 703-5843
*Attorneys for Defendants R. Grounds, W. Muniz, M. Alonzo, J. DeAnzo, Y. Franco, C. Wilson, A. Lopez, R. Alvarado, and G. Segura*

**IT IS SO ORDERED**
Judge Thelton E. Henderson
4/11/2017

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| **LATIFA ISAKHANOVA**,<br><br>               Plaintiff,<br><br>v.<br><br>**WILLIAM L. MUNIZ, et al.**,<br><br>               Defendants. | Case No. C 15-cv-03759 TEH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**<br>**(Fed. R. Civ. P. 41(a)(1)(A)(ii))** |

    Plaintiff Latifa Isakhanova and R. Grounds, W. Muniz, M. Alonzo, J. DeAnzo, Y. Franco, C. Wilson, A. Lopez, R. Alvarado, and G. Segura, Defendants have resolved this case in its entirety. Therefore, the parties stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    Each party shall bear its own litigation costs and attorneys' fees.

    It is so stipulated.

Dated: 4/11/2017                     */s/ David Newdorf*
                                                  David Newdorf*
                                                  Newdorf Legal
                                                  Attorney for Plaintiff *Latifa Isakhanova*

1

Dated: 4/11/2017  /s/ Martine N. D'Agostino
Martine N. D'Agostino
Deputy Attorney General
California Attorney General's Office
*Attorneys for Defendants R. Grounds, W. Muniz, M. Alonzo, J. DeAnzo, Y. Franco, C. Wilson, A. Lopez, R. Alvarado, and G. Segura*

\* As required under Northern District Local Rule 5-1(i)(3), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from David Newdorf.

SF2015200545
20966235.docx

2

Stip. Voluntary Dismissal [Fed.R.Civ.P. 41(a)(1)(A)(ii)] (C 15-cv-03759 TEH)

# CERTIFICATE OF SERVICE

Case Name:  *Isakhanova v. Muniz, et al.*         No.  **C 15-cv-03759 TEH**

I hereby certify that on April 11, 2017, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE**
**(Fed. R. Civ. P. 41(a)(1)(A)(ii))**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on April 11, 2017, at San Francisco, California.

| G. Garcia | */s/ G. Garcia* |
|---|---|
| Declarant | Signature |

SF2015200545
20966262.doc